# United States Bankruptcy Court
### District of Nevada

Case No. <u>**10–34162–bam**</u>
**Chapter 7**

In re: (Name of Debtor)
    RHONDA KACZER
    2714 BRIDGEPOINTE DRIVE
    LAS VEGAS, NV 89121

Social Security No.:
    xxx–xx–9087

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 4/11/11                                             BY THE COURT

                                                                                  *Mary A. Schott*

                                                                                   Mary A. Schott
                                                                                   Clerk of the Bankruptcy Court